UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH LOVELAND,

    Plaintiff,

v.                                Case No: 2:15-cv-330-FtM-38MRM

APPLIANCE SERVICES OF LEE COUNTY, INC., SAMUEL A. JOINER and KIMBERLEY JOINER,

    Defendants.
_____/

## ORDER[1]

Plaintiff brought this action under the Fair Labor Standards Act for unpaid overtime wage compensation, liquated damages, attorneys' fees, and costs. (Doc. #1). The parties now inform the Court that Plaintiff's claim against Defendants has been resolved in full without compromise. (Doc. #19). That said, there is no need for the Court to review and approve the settlement for fairness. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1352 (11th Cir. 1982); *King v. My Online Neighborhood, Inc.*, No. 6:06-cv-435-Orl-22JGG, 2007 WL 737575, at *3 (M.D. Fla. Mar. 7, 2007) ("Where the employer offers the plaintiff full compensation on his FLSA claim, no compromise is involved and judicial approval is not required." (citation omitted)).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

In addition, Rule 41 of the Federal Rules of Civil Procedure allows a plaintiff to dismiss an action without a court order by "a stipulation of dismissal signed by all parties who have appeared."  Fed. R. Civ. P. 41(a)(1)(A)(ii).  Here, the parties dismiss this case with prejudice under Rule 41(a)(1)(A)(ii) and provide the Court with a Joint Stipulation for Dismissal signed by all parties. (Doc. #19).  This case is therefore dismissed with prejudice.

Accordingly, it is now

**ORDERED:**

1. This case is **DISMISSED with prejudice.**

2. The Clerk of Court is **DIRECTED** to enter judgment accordingly, terminate all pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida, this 14th day of October, 2015.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record